**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7376**

———————

LEONARD THOMAS WITT,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-01-271-AM)

———————

Submitted:  March 4, 2002              Decided:  March 18, 2002

———————

Before WIDENER, LUTTIG, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Leonard Thomas Witt, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard Thomas Witt seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Witt v. Angelone</u>, No. CA-01-271-AM (E.D. Va. Aug. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2